**UNITED STATES, Appellee,**

v.

**Manolo PEREZ–LOPEZ, Appellant.**

**No. 07–1339.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 15, 2007.

Filed: Nov. 30, 2007.

Kevin C. Fletcher, U.S. Attorney's Office, Sioux City, IA, for Appellee.

Priscilla Elizabeth Forsyth, Federal Public Defender's Office, Sioux City, IA, for Appellant.

Manolo Perez-Lopez, Elk Point, SD, pro se.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Manolo Perez–Lopez appeals the 18-month prison sentence the district court[1] imposed after he pleaded guilty to transporting illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (B)(i). Counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738,

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable.

We disagree. Our review of the record convinces us that the district court did not abuse its discretion in sentencing Perez-Lopez at the top of the undisputed advisory Guidelines imprisonment range, and that in doing so the court properly considered relevant sentencing factors, including the seriousness of transporting 11 aliens and Perez-Lopez's repeated illegal entries into the United States. *See* 18 U.S.C. § 3553(a)(1) (nature and circumstances of offense, history and characteristics of defendant), (2)(A) (need for sentence to reflect seriousness of offense); *United States v. Haack,* 403 F.3d 997, 1003–04 (8th Cir. 2005) (discussing reasonableness review).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel leave to withdraw, and we affirm.